CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/13/2026
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

DR. ERIC C. PARLETTE,

*Plaintiff*,

v.

DERMATOLOGY CONSULTANTS, INC., ET AL.,

*Defendants.*

CASE NO. 6:25-CV-00081

**ORDER**

JUDGE NORMAN K. MOON

For the reasons included in the accompanying memorandum opinion, Defendants' motion for summary judgment, Dkt. 31, is **GRANTED**. Plaintiff's motion for partial summary judgment, Dkt. 29, is **DENIED**. The clerk shall enter final judgment for Defendants and strike the case from the Court's docket.

It is **SO ORDERED**.

Entered this 13th day of November, 2026.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE